## Citation

sr

WASHINGTON, STACEY

    VERSUS

WALMART STORES INC DBA

NO. 592357-A
STATE OF LOUISIANA
PARISH OF CADDO
FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA:  TO  WALMART STORES INC DBA WALMART
THRU CT CORPORATION SYSTEM, AGENT
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

of the Parish of EAST BATON ROUGE

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date April 22, 2016.

*Also attached are the following:    GARY LOFTIN, CLERK OF COURT
___ REQUEST FOR ADMISSIONS OF FACTS    MIKE SPENCE, CHIEF DEPUTY
XX INTERROGATORIES
XX REQUEST FOR PRODUCTION OF DOCUMENTS   By:_____
                                                             Deputy Clerk

J ALLEN COOPER 4057
       Attorney

FILE COPY

Exhibit D