Washington, Stacey v. Wal-Mart Stores, Inc.
**Stacey Washington**

Page 51

1  BY MS. BOSTON:
2     Q.  So you were at the Wal-Mart on Mansfield Road in
3  Shreveport?
4     A.  Yes.
5     Q.  And what time of the day were you there?
6     A.  I can't remember.  I would say between 2:00 and
7  4:00.
8     Q.  And what was the date that you were there?
9     A.  I think it was April the 24th.  I'm not quite
10 sure of the date.
11    Q.  And who were you there with?
12    A.  I was -- I had my foster child and a social
13 worker.
14    Q.  Which foster child?
15    A.  I can't even remember her name.  I think her name
16 was McKenzie.
17    Q.  McKenzie?
18    A.  Uh-huh (affirmative response).  I don't even
19 remember her last name.
20    Q.  And how old was she?
21    A.  She was about 13.
22    Q.  And do you know the social worker?
23    A.  I can't remember.  I'm thinking it's -- I can see
24 her face.  I can't remember her name.  It's the first
25 case I worked with her, so I wasn't familiar, and the

Washington, Stacey v. Wal-Mart Stores, Inc.
**Stacey Washington**

Page 54

1  that card.
2  Q. So you went shopping. Was your foster child with
3  you?
4  A. Yes.
5  Q. And then what happened, you went through to pay?
6  A. I checked out and I paid for my items, and she
7  paid for hers at customers service. And I checked out.
8  Q. Then what happened after you checked out?
9  A. After I checked out, I was getting ready to exit
10  the store. I was walking away and I slipped and fell.
11  Q. Do you remember where you were in the store; were
12  you in the entrance way, were you in an alley, near the
13  cash register?
14  A. I -- I had left the cash register in the entrance
15  way like heading out of the store, you know, where
16  people are walking back and forth when you head out
17  heading out of the store. I had made it out of the
18  store. I wasn't too many feet from the cash register.
19  Q. So does this Wal-Mart -- it has double doors;
20  doesn't it?
21  A. Yes, I was exiting out of the right one.
22  Q. So you had not gone through the first door to the
23  second door?
24  A. No, I was still in the store.
25  MR. COOPER: Don't project what you were

Washington, Stacey v. Wal-Mart Stores, Inc.
Stacey Washington

Page 55

1  going to do way in the distant future because you were
2  just -- I think you had just left the cash register.
3      A.  Yeah, I just left the cash register.
4  BY MS. BOSTON:
5      Q.  And did the cashier see you fall?
6      A.  I'm sure they did because there was, you know,
7  several cashiers there.
8      Q.  Do you have any idea what made you fall?
9      A.  It was something in the floor, liquid or
10 something slippery was on the floor, and I slipped in it
11 and fell.
12     Q.  So did you see what was on the floor?
13     A.  I -- when I fell, I was in so much pain I didn't
14 recognize what was on the floor because the guy helped
15 me up.  But whatever it was, it was on my dress.  My
16 dress was wet and stuff, so I know it was a liquid in
17 the floor.
18     Q.  Did it have a color?
19     A.  I can't -- I can't remember.  I was in pain.
20     Q.  I mean after you fell, did you turn to look at
21 it?
22     A.  I got up and I didn't see what it was.  Like I
23 said, it was clear liquid.  I don't know what color it
24 was.
25     Q.  So you got up and then what happened?

1  A. I -- he helped me up and I walked to my car.
2  Q. So tell me more about your fall. How did you
3  fall?
4  A. I -- when I fell, I fell on my -- I slipped back
5  like this (indicating). I slipped and went forward and
6  that's when I jarred my neck and my shoulder -- my right
7  shoulder. And I hit the floor with my left knee and
8  twisted my right knee, and I landed on my hand and knee.
9  And I was 260 pounds.
10 Q. Landed on which --
11 A. The left knee and right -- I mean and left hand.
12 But when I slipped, it jarred me to the right side and I
13 twisted my right foot and my shoulder and neck and back.
14 Q. And you said that somebody came over you to?
15 A. A guy helped me up.
16 Q. Was that a customers?
17 A. He was a customer.
18 Q. Did you get his name?
19 A. No, I didn't.
20 Q. Then you said you left?
21 A. Yes.
22 Q. Did you think to call anyone over from Wal-Mart?
23 A. No, I didn't know I was going to have damages as
24 bad as I do now. I called when I got home because I was
25 in so much pain, and I reported what had happened.

Washington, Stacey v. Wal-Mart Stores, Inc.
**Stacey Washington**

Page 60

1  know -- I know her name and I talked to her, but I -- I
2  lost contact. I forgot her last name.
3     Q. Do you remember what kind of shoes you were
4  wearing?
5     A. No, I don't.
6     Q. So I guess, are you saying that you slipped on a
7  wet substance on the floor in Wal-Mart?
8     A. Yes, I did.
9     Q. And do you know what the substance was?
10    A. I don't know what it was.
11    Q. Do you know what color it was?
12    A. I don't know the exact -- I don't know the color.
13    Q. Do you know how long it had been on the floor?
14    A. I don't know how long it had been on the floor,
15 but no one warned me that it was there. And I don't
16 recall seeing any signs saying something was wet on the
17 floor.
18    Q. What was the weather like that day?
19    A. It was cloudy and I think it may have been
20 raining or had rained. I can't remember if it had
21 rained that day. It had rained going home, but it may
22 have rained earlier. I don't remember.
23    Q. Had you taken any medication that day?
24    A. I take medicine every day. I had taken my
25 medicine that morning.

Page 64

1  Q. Why did you feel you needed to get an attorney?
2  A. Because I was in pain all weekend.
3  Q. Did you think that Wal-Mart wasn't going to
4  listen to you?
5  A. Yes.
6  Q. I mean but the manager had told you to come in
7  and fill out a statement?
8  A. Yes, but that wasn't going to pay for my medical.
9  I was in extreme pain, hurting everywhere. And it's
10 obvious you have to have someone to represent you when
11 you don't know what your -- exactly what you're dealing
12 with.
13 Q. What time do you think you fell?
14 A. Between 2:00 and 4:00.
15 Q. And when did you first see any kind of physician
16 for this?
17 A. I'm thinking the following Friday I started
18 seeing Dr. Zahn.
19 Q. Zahn?
20 A. Zahn.
21 Q. How did you find Dr. Zahn?
22 A. My attorney.
23 Q. What were your complaints to Dr. Zahn?
24 A. I told him I was having -- I know I was having
25 headaches, my neck and my back and my knee and my ankle

Page 94

1  helped me up because they couldn't do anything.
2      Q.  So Wal-Mart employees did come to you?
3      A.  Yes, the ones that -- someone was checking, but
4  somebody did come and try to get me up.  I think they --
5  they were cashiers, but after they seen him get me up
6  they went on about their business.
7      Q.  Now did the man just help you up, did he stay
8  with you?
9      A.  Yeah, he walked me out of the store.
10     Q.  And he didn't give you his name or anything?
11     A.  No, I didn't even asked him.
12     Q.  So once you stood up, did you look at what was on
13 the floor?  Did you turn and look at it?
14     A.  When I stood up, he helped me up I just got up.
15 And my knee, I remember grabbing my knee and I did like
16 this (indicating).  I said I'm going to be okay, I'll be
17 okay.  That's what I told him, I said, I'm going to be
18 okay.  And by the time, you know, I said I'll be okay.
19 And my -- my hand was hurting.  I'll be okay and he
20 followed me.  He said, you sure you're okay?  I said I'm
21 going to okay.  I'm hurting right now, but I'm -- I'm
22 going to be okay.  That's what I said.  But before I
23 could make it home, it was like hurting everywhere.
24     Q.  So do you have any idea how the substance got on
25 the floor?

Washington, Stacey v. Wal-Mart Stores, Inc.
Stacey Washington

Page 95

1  A. No.
2  Q. Do you have any guesses?
3  A. No.
4  Q. Do you have any like guesses what it might have
5  been on the floor.
6      MR. COOPER: I'm going to object.
7  BY MS. BOSTON:
8  Q. If you were just guessing, what did it look like?
9      MR. COOPER: We're not just guessing. But
10  if you can describe what it looked like, that's okay.
11      THE WITNESS: That's what I told you. I
12  can't remember.
13      MR. COOPER: I think you already asked her
14  that.
15  BY MS. BOSTON:
16  Q. How big was it?
17  A. I didn't see it. When I walked, it knocked me
18  down. I don't even know how big it was.
19  Q. But after you fell, did you at any time look to
20  see what you had slipped on?
21  A. I -- I would say I guess it was clear. I don't
22  know. It was slippery. It was very slippery and it was
23  on my dress.
24  Q. So did you look to see what you had slipped on?
25  A. No. Well, I looked down, but I don't -- I don't

PILANT, A Corporation of Certified Court Reporters
(800) 841-6863

1  remember what it was. I looked down. It looked -- it
2  was clear, I guess. I can't even remember. I remember
3  looking when I got down and I guess my dress had covered
4  whatever I had slipped on because I had on a long maxi
5  dress. I remember that. And when I slipped, I must
6  have covered it. And when he got me up, I didn't -- I
7  don't know what was on floor. I know it was slippery.
8  It was water or I don't know what it was. It must have
9  been clear.
10     Q. Did you feel your dress?
11     A. It was wet. I was wet.
12     Q. The wet area, did it feel -- what did it feel
13  like; did it feel slick, did it feel Vaseline slick, did
14  it feel water slick, did it --
15     A. I can't -- I can't -- it was just wet. I didn't
16  do -- I was in -- by the time I made it in my car, I
17  didn't check back on my dress. I was trying to get
18  home.
19     Q. Did it have a smell?
20     A. I didn't smell it.
21     Q. Did you tell the manager at the store or whoever
22  you spoke to at the store that you were hurting?
23     A. Oh, yes, I told him when I got home. I told him
24  I didn't report it because I thought I would feel
25  better. I told him it was hurting really bad.

1   MR. COOPER: And she said Maria. I don't
2   know if you wrote that down or not.
3   MS. BOSTON: Marie?
4   MR. COOPER: Maria.
5   MS. BOSTON: Maria.
6   MR. COOPER: Like with an A at the end?
7   THE WITNESS: Yes. I kept saying Wilkerson
8   or Willis.
9   MS. BOSTON: Ms. Washington has determined
10  that the social worker's name is Maria Willis,
11  W-i-l-l-i-s?
12  THE WITNESS: Yes.
13  MS. BOSTON: And you're going to try and get
14  her contact information and get that to your attorney?
15  THE WITNESS: Yes.
16  MS. BOSTON: Thank you. I have no more
17  questions?
18  EXAMINATION
19  BY MR. COOPER:
20    Q. Ms. Washington, when you came to the checkout
21  line, were there other people in front of you?
22    A. Yes.
23    Q. About how long do you think you were in the
24  checkout line.
25    A. I guess ten minutes, about ten minutes.

Washington, Stacey v. Wal-Mart Stores, Inc.
**Stacey Washington**

Page 124

1  Q. Were you in a position, where you were standing
2  in the checkout line, to be able to see if the water
3  became present on the floor during the time that you
4  were standing in line?
5  A. Yes, I would've seen it.
6  Q. So the water would've been present for more than
7  ten minutes per that observation?
8  A. Oh, yes. Yes.
9  Q. Or the liquid, I guess. I called it water, but
10 you just know it was a liquid?
11 A. Yes.
12 Q. And when you left the cash register, how many
13 steps would you estimate that you took before you fell?
14 A. Probably five, no more than seven -- five, about
15 five steps.
16 Q. So you were very close to were the cashier, both
17 in the line you were in and the line toward which you
18 were walking to were they were present?
19 A. Yes.
20 Q. Where you fell at the cashiers, should they have
21 been able to see the liquid on the floor?
22 A. They should have.
23 Q. And did the cashiers give you any kind of verbal
24 warning that there was some liquid on the floor?
25 A. No.

Page 125

1    Q.  Do you recall seeing any kind of wet floor signs
2  or cones or anything like that?
3    A.  No.
4    Q.  So did you get any kind of warning that there was
5  a liquid on the floor?
6    A.  No.
7    Q.  Did the cashiers, despite the liquid being
8  present at least a minimum of ten minutes, do anything
9  to mark off the liquid?
10   A.  No.
11   Q.  Or restrict access to the area where the liquid
12 was?
13   A.  No.
14   Q.  Did they do anything to remove or clean the
15 liquid up from the floor?
16   A.  No.
17        MR. COOPER:  Thank you, ma'am.
18        MS. BOSTON:  I have a follow-up question.
19 EXAMINATION
20 BY MS. BOSTON:
21   Q.  So you didn't see the liquid on the floor while
22 you were standing in line for ten minutes?
23   A.  No.
24   Q.  But you expected that the cashiers should've seen
25 it?

Washington, Stacey v. Wal-Mart Stores, Inc.
Stacey Washington

Page 128

BY MR. COOPER:
Q. Subject to the objection, you can answer.
A. Yes.
Q. Yes?
A. Yes.
Q. So did the position that the two cashiers that we're discussing were in, from where they were, do you think that they were in position to see the liquid on the floor?
A. Yes.
Q. And you being in line, you would've, for ten minutes if it had become -- somebody had spilled something on the floor, do you think you would've been in position to see that?
A. Yes, I was in line. I would've seen if somebody dropped something I could've seen it.
        MR. COOPER: Thank you.
EXAMINATION BY
MS. BOSTON:
Q. How many people were in front of you in line?
A. It had to be two people.
Q. It took you ten minutes for two people?
A. Uh-huh (affirmative response). They had groceries, too.
Q. They had a lot of groceries?

Page 129

1  A. Yes.
2  Q. And did they slip or lose their balance when they
3  walked away from the cash register?
4  A. They could've gone the other way. I can't
5  remember them going the other way, but they -- I imagine
6  they went out the other way. I was parked on this side,
7  so I went out the right door.
8  Q. Did you watch the customers in front of you go
9  out?
10  A. I was trying to get out of the store. No, I
11  didn't -- I don't -- I don't be paying people attention.
12  No, I didn't watch them. I'm just being honest. No, I
13  didn't watch them which way they went.
14  Q. But you didn't notice anyone slip or --
15  A. I didn't notice it, no.
16       MR. COOPER: We'll waive reading and
17  signing.