UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

---

STACEY WASHINGTON                          CIVIL ACTION NO. 16-1403

VERSUS                                     JUDGE ELIZABETH ERNY FOOTE

WAL-MART LOUISIANA LLC                     MAGISTRATE JUDGE HORNSBY

---

## JUDGMENT

For the reasons set forth in the Court's memorandum ruling, **IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [Record Document 31] is **DENIED**, and Defendant's Motion for Summary Judgment [Record Document 29] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE.**

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 17th day of May, 2018.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE